

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00567-CV

**IN RE S.C.**,

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00891
Honorable Daphne Previti Austin, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file the appellee's brief is granted. We order the appellee's brief due January 17, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.



_____
Keith E. Hottle
Clerk of Court